**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Pablo ALVAREZ-JIMENEZ, Defendant-Appellant.**

No. 15-50552

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 19, 2017

Helen H. Hong, Assistant U.S. Attorney, Mark R. Rehe, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Debra Ann DiIorio, Attorney, Law Office of Debra DiIorio, San Diego, CA, for Defendant-Appellant

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Pablo Alvarez-Jimenez appeals from the district court's judgment and challenges the 30-month sentence imposed following his guilty-plea conviction for being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. Alvarez-Jimenez challenges the 16-level enhancement that the district court imposed on the basis of his 2013 aggravated assault conviction.

This sentencing appeal is moot because Alvarez-Jimenez has fully served his custodial sentence and is not subject to a term of supervised release. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999). Accordingly, we dismiss the appeal.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.